UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.

LAURA LOSACANO, on behalf of herself and
other employees similarly situated,

**JURY TRIAL DEMANDED**

Plaintiff,

ANTHONY 57, INC. d/b/a ANTHONYS AT
SABAL SPRINGS, a Florida corporation,
ANTHONY SERRAGO, an individual, and SABAL
SPRINGS HOMEOWNERS' ASSOCIATION, INC.,
a Florida corporation,

Defendants.
_____/

## COLLECTIVE ACTION COMPLAINT FOR DAMAGES

Plaintiff, LAURA LOSACANO, ("LOSACANO"), by and through her undersigned attorney, and on behalf of herself and other employees similarly situated, files this, her Collective Action Complaint for Damages against Defendants ANTHONY 57, INC. d/b/a ANTHONYS AT SABAL SPRINGS, a Florida corporation (hereinafter, "ANTHONY"), ANTHONY SERRAGO (hereinafter, "SERRAGO") and SABAL SPRINGS HOMEOWNERS' ASSOCIATION, INC. (hereinafter, "SABAL") and states as follows:

### INTRODUCTION

This is an action to recover unpaid minimum wages under the Fair Labor Standards Act, as amended, 29 U.S.C. § 201 *et. seq.* (hereinafter "FLSA").

### JURISDICTION

1. This Court has jurisdiction over this controversy pursuant to 29 U.S.C. §216(b) and 28 U.S.C. §1331. At all times pertinent to this Complaint, the corporate Defendant was an enterprise engaged in interstate commerce. At all times pertinent to this Complaint, Defendants

1

regularly owned and operated a business engaged in commerce or in the production of goods for commerce as defined in §3(r) and 3(s) of the FLSA, 29 U.S.C. §203(r) and 203(s).

2. The Defendants are subject to the jurisdiction of the United States District Court because they engage in substantial and not isolated activity within this judicial district.

3. The Defendants are also subject to the jurisdiction of the United States District Court because they operate, conduct, engage in, and/or carry on business in the Middle District of Florida.

## VENUE

4. The venue of this Court over this controversy is based upon the following:

   a. The unlawful employment practices alleged below occurred and/or were committed in Lee County, Florida, in the Middle District of Florida;

   b. Defendants were and continue to be a Florida corporation and individuals doing business within this judicial district.

## PARTIES

5. At all times material hereto, Plaintiff, LOSCANO, was and continues to be a resident of Lee County, Florida, and was an "employee" of the Defendants within the meaning of the FLSA.

6. At all times material hereto, the Defendants were the employers of Plaintiff, LOSCANO.

7. At all times material hereto, the work performed by Plaintiff, LOSCANO, was directly essential to the business performed by the Defendants.

8. At all times material hereto, Defendants were and continue to be "employer[s]" within the meaning of the FLSA.

9. At all times material hereto, Defendants willfully and maliciously failed to pay LOSCANO and other employees similarly situated their lawfully earned wages in conformance with the FLSA.

10. At all times material hereto, Defendants, ANTHONY and SABAL SPRINGS were and continue to be "enterprise[s] engaged in commerce" within the meaning of the FLSA.

11. Plaintiff's work, and the work of those employees similarly situated, involved handling on a regular and recurrent basis "goods" or "materials," as defined by the FLSA, which were used commercially in Defendants' business, and moved in interstate commerce. To be sure, as part of the Defendants' restaurant business, the Plaintiff and other similarly situated restaurant food and drink servers handled food and drinks that were manufactured outside the State of Florida.

12. In addition, the Plaintiff and other restaurant food and drink servers were individually covered by the FLSA by virtue of processing the credit cards for Defendants' restaurant customers, which involved electronic interstate transactions.

13. During the time period set forth herein, the Defendants had an annual gross volume of sales made or business done of not less than $500,000.

14. At all times material hereto, Defendant, SERRAGO supervised the work performed by Plaintiff, LOSCANO and other similarly situated food and drink servers, and were involved in the day-to-day operations of SABAL and ANTHONY.

15. At all times material hereto, Defendant, SERRAGO was directly involved in decisions affecting employee compensation and/or hours worked by Plaintiff, LOSCANO and other similarly situated employees.

16. Plaintiff, LOSCANO, has fulfilled all conditions precedent to the institution of this action and/or such conditions have been waived.

## STATMENT OF FACTS

17. SABAL operates a homeowners' association in Fort Myers, Florida which consists of a gated residential community having numerous amenities. One such amenity is SABAL's own restaurant called "Anthony's on the Green." See **Exhibit A**, attached hereto. That restaurant serves the residents of SABAL's gated community along with their guests.

18. In order to insure the functioning of Anthony's on the Green, SABAL utilizes at least two methods to manage and operate the subject restaurant. First, SABAL uses the services of ANTHONY and SERRAGO to manage and operate Anthony's on the Green. Secondly, SABAL established a restaurant/entertainment committee, led by SABAL's agent, Linda Voto, to supervise the Plaintiff and other similarly situated food and drink servers.

19. The Defendants jointly employed the Plaintiff and other employees similarly situated. Moreover, SABAL and ANTHONY operated as a singled, unified business enterprise.

20. SABAL's agent, Linda Voto supervised the work of the Plaintiff and other employees similarly situated, and was regularly and customarily involved in the operations of Anthony's on the Green—on behalf of SABAL. In addition, she expedited food in the subject restaurant's kitchen, organized events for SABAL, see **Exhibit B**, made recommendations regarding which food and drink servers should be terminated, told Plaintiff and other

4

employees when to work and how to perform their tasks, and informed the Plaintiff and other similarly situated employees that she was their "boss."

21. From about February 2, 2016 to about December 13, 2016, Plaintiff worked for SABAL, ANTHONY and SERRAGO as a food and drink server at Anthony's on the Green.

22. In addition to employing the Plaintiff, the Defendants employed other food and drink servers who performed similar work.

23. LOSCANO and other employees similarly situated were paid $2.00 per hour by the Defendants.

24. All the Defendants were aware that the Plaintiff and other similarly situated food and drink servers were being paid $2.00 per hour—a rate below the applicable statutory minimum wage. Both Linda Voto as well as SABAL's Board Member, Susan Kissel, were also aware.

25. Defendants knowingly and willfully and maliciously operated their business with a policy of not paying the statutory minimum wage to the Plaintiff and other similarly situated food and drink servers.

26. Plaintiff has retained Bober & Bober, P.A. to represent her in this litigation and has agreed to pay the firm a reasonable fee for its services.

## STATEMENT OF CLAIM:

### COUNT I

### VIOLATION OF 29 U.S.C. § 206 (UNPAID MINIMUM WAGES)

27. Plaintiff realleges Paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. Plaintiff's employment with Defendants was to consist of a normal workweek for which she should have been compensated at or above the FLSA minimum wage.

29. 29 U.S.C. § 206 and requires that any employee covered by the FLSA be paid their minimum wages.

30. During the period of time that Plaintiff worked for the Defendants, she was paid below the statutory minimum wage.

31. The Defendants' failure to pay Plaintiffs the proper minimum wage was willful.

32. As a direct and proximate result of Defendants' violation of the FLSA, the Plaintiff is entitled to liquidated damages pursuant to the FLSA.

WHEREFORE, Plaintiffs respectfully request:

a. judgment in her favor for all unpaid minimum wages due;

b. liquidated damages;

c. attorney's fees and costs pursuant to the FLSA;

d. post-judgment interest; and

e. all other and further relief this Court deems to be just and proper.

## COUNT II

### VIOLATION OF ARTICLE X, § 24, FLORIDA CONSTITUTION (FLORIDA MINIMUM WAGE AMENDMENT)

33. Plaintiffs reallege Paragraphs 1 through 26 of this Complaint as if fully stated herein.

34. Pursuant to Article X, Section 24 of the Florida Constitution, Defendants were required to pay Plaintiff at least the applicable Florida minimum wage.

35. During Plaintiff's employment, Defendants willfully paid her less than the statutory minimum wage for all her work hours.

36. WHEREFORE, Plaintiffs respectfully requests that judgment be entered in her favor against the Defendants:

a. Declaring that Defendants violated Article X §24 of the Florida Constitution, insofar as failing to pay Plaintiff at or above the minimum wage;

b. Awarding Plaintiff all minimum wages due and owed;

c. Awarding Plaintiff liquidated damages in the amount equal to her back wages;

d. Awarding Plaintiff reasonable attorney's fees and costs and expenses of this litigation pursuant to Article X, Sec. 24, Fla. Const.;

e. Awarding Plaintiffs prejudgment and post-judgment interest;

f. Finding that Defendants willfully violated Article X §24 Fla. Const.;

g. declaratory relief pursuant to the Florida Constitution and Florida Statutes finding that the Plaintiff and other similarly situated employees who worked for the Defendants within the last five years were not paid minimum wage for all hours worked as required; and

h. Ordering Defendants to pay the State of Florida $1,000 per violation pursuant to Article X, Section 24(3) Fla. Const.

i. Awarding such other and further relief this Court deems to be just and proper

## COUNT III

## COLLECTIVE ACTION FOR OTHER EMPLOYEES SIMILARLY SITUATED

37. Plaintiff realleges Paragraphs 1 through 26 as if fully stated herein.

38. Pursuant to 29 U.S.C. § 216, Plaintiff is provided a statutory right to bring this action on behalf of herself and other employees similarly situated.

39. It is the policy of the Defendants not to pay their food and drink servers in conformance with the FLSA. The Defendants paid Plaintiff and the other similarly situated food and drink servers only $2.00 per hour.

40. Defendants' food and drink servers performed similar work insofar as serving food and drinks at Anthony's on the Green restaurant.

41. Defendants' food and drink servers did not receive the proper minimum wage compensation for all hours worked.

42. The Defendants acted willfully at all times.

WHEREFORE, Plaintiff respectfully requests on behalf of other employees similarly situated as aforesaid, that judgment be entered in their favor against the Defendants:

a. Declaring that Defendants, jointly and severally, violated the provisions of 29 U.S.C. § 206;

b. Awarding other employees similarly situated minimum wages and other benefits in the amount calculated;

c. Awarding other employees similarly situated, liquidated damages in the amount calculated;

d. Awarding said employees similarly situated attorney's fees and costs and expenses of this litigation pursuant to 29 U.S.C. § 216(b);

e. Awarding said employees similarly situated post-judgment interest; and

f. Awarding such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury on all issues so triable as of right by jury.

DATED: February 6, 2017.

Respectfully submitted,

BOBER & BOBER, P.A.
Attorneys for Plaintiff
1930 Tyler St.
Hollywood, FL 33020
Phone: (954) 922-2298
Fax: (954) 922-5455
peter@boberlaw.com
samara@boberlaw.com

By:  s/. Peter Bober
     PETER BOBER
     FBN: 0122955
     SAMARA ROBBINS BOBER
     FBN: 0156248

# EXHIBIT A



## MAIN MENU

- Public Homepage ▸
- Resident Login ▸
- Request Login ▸
- Online Payments ▸
- Amenities ▸
- Classifieds ▸
- Homes for Lease ▸
- Homes for Sale ▸
- Anthony's on the Green ▸
- Contact Us ▸
- What's Nearby? ▸
- Map ▸

## WELCOME HOME!

Welcome to our community web site. Feel free to explore the features available to the public on this site. If you are a resident of our community, click here to log into the private side of the web site. If you have not been notified of your login name and password, please complete the Login Request Form.

### OUR COMMUNITY



This active community stays busy inside and out of the neighborhood!

Check out our Amenities page to learn about everything we have to offer residents within the community! If you want to know more about the area surrounding our community, visit the What's Nearby? feature. What's Nearby? displays businesses and attractions convenient to our community on a helpful map! If you need more information or directions, visit the Contact Us tab!

### FEEDBACK

Sabal Springs HOA is here to serve it's members and their families. Let us know how we can make our community even better! Please send us your » feedback.

### OUR GOLF COURSE



Sabal Springs Golf & Racquet Club offers a unique experience for the seasoned player, the beginner, and everyone in between.

Click here to learn more.

Our restaurant, bar and grille offer a everything from an after golf snack to a full dinner in a completely renovated setting.

Click here to learn more.

Sabal Springs Golf&Racquet Club is a beautiful gated community for those who love to work and play. Come on in and make yourself at home!

### Resource Links

- Amenities
- Homes for Lease
- Homes for Sale
- eForms

Sabal Spri...



View Sabal Springs Blvd larger



This site is provided by Alliant Property Management, LLC.

# EXHIBIT B



**MAIN MENU**

Public Homepage ➤
Resident Login ➤
Request Login ➤
Online Payments ➤

Amenities ➤

Classifieds ➤
Homes for Lease ➤
Homes for Sale ➤

Anthony's on the Green ➤

Contact Us ➤
What's Nearby? ➤
Map ➤

Anthony's on the Green



3400 Clubview Drive
North Fort Myers, FL
33917

Open to the public
7 days a week
Tues-Sat: 10:30 to 8:00
Sun: 10:30-7:00
Mon: 10:30-5:00

Call 239-349-7305
for reservations

Click here to go to our full website!

# Thanksgiving Day Menu
# Thurs Nov 24th 12 p.m. to 5 p.m.

*Recommended Appetizers*

Shrimp Cocktail $7    Stuffed Mushrooms $7

### Roasted Turkey
w/ Stuffing, Turkey Gravy, Cranberry Sauce
Mashed Potatoes, Vegetable du Jour

### Baked Virginia Ham
w/ Pineapple Glaze, Scalloped Potatoes,
Vegetable du Jour

### Baked Stuffed Shrimp
w/ Scalloped Potatoes and Vegetable du Jour

### Roast Beef
Tender Sliced Beef w/ Beef Gravy, Mashed
Potatoes & Vegetable du Jour

All Entrees Are Served w/ House Salad, Rolls
Dessert & Non Alcoholic Beverage

$20 p.p. plus tax & gratuity

*RESERVATIONS STRONGLY RECOMMENDED*



Happy Thanksgiving!
To You And Your Family



Bring in 2017 in style at
Anthony's On The Green



Sat   Dec 31, 2016     6:30 p.m.

Your Choice:

**Twin Lobster Tails, Filet Mignon, Surf & Turf**

**Includes: Crackers, Cheese, Fruit & Crudite**

**Vegetable & Potato   Dessert & Coffee**

**Champagne Toast at Midnight**

**Music by "Family Affair"**

**$45 pp incl tax & gratuity     Cash Bar**

For Tickets Call Linda @543-9927     <u>Prepay only</u>