UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAURA LOSACANO, DANETTE
BEDERKA, LEIGH KUNDRICK,
COLLEEN SANCHEZ, VICTORIA
DULL, SUSAN JULIAN and
WYNONA PARR, on behalf of herself
and other employees similarly
situated

      Plaintiffs,

v.                                         Case No: 2:17-cv-84-FtM-38CM

ANTHONY 57, INC., ANTHONY
SERRAGO and SABAL SPRINGS
HOMEOWNERS ASSOCIATION,
INC.,

      Defendants.
_____

## ORDER

This matter comes before the Court upon review of Defendant's Motion to Remove Counsel from Service List (Doc. 58) and Stipulation for Substitution of Counsel (Doc. 37) filed on October 27, 2017 and July 18, 2017, respectively. Counsel Chenè M. Thompson of the Pavese Law Firm seeks to withdraw as counsel of record for Sabal Springs Homeowners' Association, Incorporated. Doc. 37 at 1. Counsel states that Robert B. Burandt of Burandt, Adamski & Feichthaler P.L. will be representing this Defendant. *Id.*

Pursuant to the Local Rules of this Court, "no attorney, having made a general appearance under subsection (a) of [Local Rule 2.03] shall thereafter abandon the case or proceeding in which the appearance was made, or withdraw as counsel for

any party therein, except by written leave of Court obtained after giving ten (10) days' notice to the party or client affected thereby, and to opposing counsel." M.D. Fla. Rule 2.03(b). Although counsel's initial Stipulation for Substitution of Counsel (Doc. 37) did not specify that counsel had provided the required notice, because the stipulation was filed well in excess of ten days ago, the Court will consider counsel's obligation under Local Rule 2.03 to be fulfilled. *See* M.D. Fla. Rule 2.03(b). Accordingly, the Court will allow this Defendant's counsel to withdraw.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant's Motion to Remove Counsel from Service List (Doc. 58) and Stipulation for Substitution of Counsel (Doc. 37), construed as a Motion to Withdraw as Counsel, is **GRANTED**. The Clerk is directed to terminate Chenè M. Thompson as counsel of record and from receiving future notices of electronic filing for Defendant Sabal Springs Homeowners' Association, Incorporated.

**DONE** and **ORDERED** in Fort Myers, Florida on this 30th day of October, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record