UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAURA LOSACANO, DANETTE
BEDERKA, LEIGH KUNDRICK,
COLLEEN SANCHEZ, VICTORIA
DULL, SUSAN JULIAN and WYNONA
PARR, on behalf of herself and other
employees similarly situated

      Plaintiffs,

v.                                          Case No: 2:17-cv-84-FtM-38CM

ANTHONY 57, INC., ANTHONY
SERRAGO and SABAL SPRINGS
HOMEOWNERS ASSOCIATION,
INC.,

      Defendants.
_____/

# ORDER[1]

This matter comes before the Court on United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. 78) on the Joint Motion to Approve Mediated Settlement Agreement and to Dismiss Plaintiffs' Claims with Prejudice (Doc. 75). Plaintiffs Laura Losacano, Danette Bederka, Victoria Dull, Susan Julian, Leigh Kundrick, Colleen Sanchez, and Wynona Parr (collectively "Plaintiffs") and Defendant

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Sabal Springs Homeowners' Association, Inc. filed a Joint Notice of Non-Objection (Doc. 79).  This matter is now ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  See 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  Absent specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even absent an objection.  See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After independently examining the file and on consideration of Judge Mirando's findings and recommendation, the Court accepts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. 78) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

(2) The Joint Motion to Approve Mediated Settlement Agreement and to Dismiss Plaintiffs' Claims with Prejudice (Doc. 75) is **GRANTED.**

(3) Plaintiffs' claims are **DISMISSED with prejudice.**

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of March, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record